# EXHIBIT 1

April 2020

# CURRICULUM VITA
# KYLE D. KILLIAN

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 5/1997 | Marriage and Family Therapy<br>Department of Child, Family and Community Studies<br>College for Human Development<br>Syracuse University<br>Teaching Certificate, 1997 |
| M.A. | 6/1991 | Marriage and Family Therapy<br>Department of Child, Family and Community Studies<br>College for Human Development<br>Syracuse University |
| B.A. | 5/1987 | Psychology (Family Studies minor)<br>Miami University |

## TEACHING EXPERIENCE

2013-        **Core Faculty- Marriage and Family Therapy Program, Capella University.** In a COAMFTE-accredited program, teaching marriage and family therapy theory, couples therapy, contemporary therapy models (Narrative and Solution Focused therapies), sexuality, student advising, family therapy subject matter expert for curriculum revision, and dissertation mentoring

2011-2013        **Scholar and Lecturer- Centre for Refugee Studies, York University.** Teaching Refugee Trauma, Psychosocial Stressors & Vicarious Traumatization; supervising doctoral theses

2008-2011        **Associate Professor- Faculty of Health, York University.** Developing online courses, teaching Statistics, Families and Communication in Healthcare Contexts, Health Care Environments, Community Health Care Planning and Refugee Trauma, Psychosocial Stressors & Vicarious Traumatization; supervising masters and doctoral theses

2005-2008        **Visiting Associate Professor- Psychology and Social Science, Centre for Refugee Studies, York University.** Teaching Research Methods and supervising honors theses

2004-2006        **Associate Professor- Human Sciences and Humanities, University of Houston, Clear Lake, Texas.** Taught graduate courses in an COAMFTE accredited MFT program on family therapy theories, couple and sex therapy, children and adolescence, research methods, and supervised clinical practica and internship placements in clinics, hospitals, and health care centers

Kyle D. Killian                                                                    2

| 2002-2004 | **Assistant Professor-** **Human Sciences and Humanities, University of Houston, Clear Lake, Texas.** Taught graduate courses in an COAMFTE accredited MFT program. |
|---|---|
| 2001-2002 | **Lecturer-** **Psychology and Social Sciences, Nicosia University, Cyprus** |
| 2000-2001 | **Faculty Development Leave-** Conducted quantitative and qualitative research on refugee families in Cyprus, developed instruments for measuring emotional intelligence, psychological distress, and coping |
| 1997-2000 | **Assistant Professor-** **Human Sciences and Humanities, University of Houston, Clear Lake, Texas.** Taught graduate courses in a COAMFTE accredited MFT program. |
| 1995-1996 | **Doctoral Teaching Fellow-** **Syracuse University** Organized panels on diversity and culture shock; training a group of 12 new teaching assistants on teaching undergraduates and increasing awareness of race, gender and culture in teaching |
| 1991-1996 | **Instructor-Department of Human Services, Onondaga Community College, Syracuse, New York** |

**PROFESSIONAL EXPERIENCE**

| 2006- | **Private Practice/Consultant-** Adult Substance Abuse Program Evaluation, Peer Support Training for the Ministry of Labor and the Ministry of Natural Resources, Ontario; Child Treatment Program Evaluation, Organizational Diversity Climate, Presentations to Government Executives (e.g., Transport Canada), Clinical Supervision |
|---|---|
| 1995-1996 | **Full-Time Clinician-** **Onondaga Pastoral Counseling Center, Inc., Syracuse, New York** |
| 1994 | **Therapist-** **Chronic Illness Clinic, Health Science Center, State University of New York, Syracuse, New York** Participation on medical family therapy team treating chronically ill patients and their families |
| 1992-1996 | **Resident Coordinator-** **International Living Center, Office of International Services, Syracuse University** Addressed the concerns of students from 22 countries, facilitated their transition to a new culture, managed house meal plan and budget of $40,000 |
| 1989-1991 | **Family Therapist-** **Family Services Associates, Inc., Liverpool, NY** |

Kyle D. Killian                                                                                                    3

## PROFESSIONAL CONTRIBUTION AND STANDING
### Books

Agathangelou, A. M. & Killian, K.D. (Eds.). (2016). *Time, temporality and violence in international relations*. New York: Routledge.

Killian, K.D. (2013). *Interracial couples, intimacy and therapy*: *Crossing racial borders*. New York: Columbia University Press.

Karis, T. & Killian, K. D. (Eds.). (2008). *Intercultural couples: Exploring diversity in intimate relationships*. New York: Routledge.

### Articles (in Refereed Journals)

Killian, K.D. (In press). Girlfriend in a coma: The Big Sick resuscitates romantic comedy. *Journal of Feminist Family Therapy*, *32*(3). 10.1080/08952833.2020.1735826

Killian, K.D. (In press). *Fleabag*. *Journal of Feminist Family Therapy*, *32*(2). 10.1080/08952833.2019.1685152

Killian, K.D. (2019). *Captain Marvel. Journal of Feminist Family Therapy*, *31*(4), 211-212. 10.1080/08952833.2019.1602982

Killian, K.D. (2019). *On the Basis of Sex (2018)*. *Journal of Feminist Family Therapy*, *31*(2-3), 144-145. 10.1080/08952833.2019.1637096

Killian, K.D. (2019). How *Wonder Woman* is and is not a feminist superheroine movie. *Journal of Feminist Family Therapy*, *31*(1), 59-61. 10.1080/08952833.2018.1556487

Killian, K.D. & Agathangelou, A.M. (2018). The wake of war: Relationships among gender, trauma, resources, and traumatic stress in refugee families. *Journal of Feminist Family Therapy*, *30*(3), 129-154. 10.1080/08952833.2017.1404347

Molnar, B., Sprang, G., Killian, K., Gottfried, R., Emery, V., & Bride, B. (2017). Advancing science and practice for vicarious traumatization/secondary traumatic stress: A research agenda. *Traumatology, 23*, 129-142.

Killian, K.D. (2017). *Mona Lisa Smile*, *Wit*, and *Teacher's Pet*: Three depictions of female academics. *Journal of Feminist Family Therapy*, *29*(4), 226-228.

Killian, K.D., Hernandez, P., Engstrom, D., & Gangsei, D. (2017). Development of the Vicarious Resilience Scale (VRS): A measure of positive effects of working with trauma survivors. *Psychological Trauma: Theory, Research, Practice, and Policy, 9*(1), 23-31.

Kamal, F. & Killian, K.D. (2015). Invisible lives and hidden realities of undocumented youth. *Refuge*, *31*(2), 63-74.

Hernandez-Wolfe, P., Killian, K.D., Engstrom, D., & Gangei, D. (2015). Vicarious resilience, vicarious trauma and awareness of equity in trauma work. *Journal of Humanistic Psychology, 55*(2), 153-172.

Killian, K.D. (2015). Review of *Afraid of Dark*. *Journal of Feminist Family Therapy*, *27*(3), 158-159.

Killian, K.D.  (2015). Gods, machines and monsters: Feminist zeitgeist in *Ex Machina*. *Journal of Feminist Family Therapy*, *27*(3), 156-157.

Killian, K.D.  (2015). A review of *Selma*. *Journal of Feminist Family Therapy*, *27*(2), 96-98.

McRae, T.R., Dalgleish, T.L., Johnson, S.M., Burgess-Moser, M., & Killian, K.D. (2014). Emotion regulation and key change events in emotionally focused couples therapy. *Journal of Couple and Relationship Therapy, 13(1),* 1-24.

Killian, K.D.  (2014). Mission to meet our makers: A review of *Prometheus*. *Journal of Feminist Family Therapy*, *26*(4), 240-244.

Killian, K.D.  (2014). Genres unchained: Western, action, drama, and revenge violently co-exist in *Django Unchained. Journal of Feminist Family Therapy*, *26*(3), 195-197.

Samuels-Dennis, J., Bailey, A., Killian, K.D., & Ray, S. (2013). The mediating effects of empowerment, interpersonal conflict, and social support on the violence-PTSD process among single mothers. *Canadian Journal of Community Mental Health, 32*(1), 109-124.

Killian, K.D. (2012). Payne, grief and joy: A review of *The Descendants*. *Journal of Feminist Family Therapy*, *24*(4), 363-367.

Killian, K.D. (2012). Development and validation of the Emotional Self-Awareness  Questionnaire (ESQ): A measure of emotional intelligence.  *Journal of Marital and Family Therapy, 38*(3), 502-514.

Killian, K.D.  (2012).  Resisting and complying with homogamy: Interracial couples' narratives. *Counselling Psychology Quarterly*, *25*(2), 125-135.

Agathangelou, A.M., & Killian, K.D. (2011).  Introduction to Special Issue "(De)fatalizing the Present and Creating Radical Alternatives". *InTensions*, *5*: 1-51. http://www.yorku.ca/intent/issue5/notefromtheeditor/notefromtheeditor.pdf

Crooks, V.A., Hynie, M., Killian, K.D., Giesbrecht, M., & Castleden, H. (2011). Female newcomers' adjustment to life in Toronto, Canada: Sources of stress and their implications for delivering primary mental health care. *GeoJournal, 76*(2), 139-149.

Killian, K.D., & Agathangelou, A.M. (2009). The discourse of refugee trauma: Epistemologies of the displaced, the state, and mental health practitioners. *Cyprus Review, 21*, 19-58.

Killian, K.D., Chandrasekara, H., Lazo, A., & Huang, W. (2009). Living in America: Acculturation, family well-being, and attitudes toward women in Latino, Taiwanese, and South Asian immigrant families. *Journal of the Texas Association for Marriage and Family Therapy, 14* (1), 21-52. [Co-authors are MFT students].

Killian, K.D.  (2008). Helping till it hurts: A multi-method study of burnout, compassion fatigue and resilience in clinicians working with trauma survivors. *Traumatology*, *14,* 31-44.

Killian, K.D. (2007). *Batman* (and World War III) *Begins*: Hollywood takes on terror. *Journal of Feminist Family Therapy*, *19*(1), 77-82.

Kyle D. Killian                                                                                                5

Agathangelou, A.M., & Killian, K.D. (2006). The epistemologies of peace: Poetics, globalization, and the social justice movement. *Globalizations*, *3*(4), 457-480.

Herranen, M., Killian, K.D., & Nichols, L. (2006).  Freedom and integrity: Vital themes in elders' narratives. *Journal of the Texas Association for Marriage and Family Therapy*, *11*(1), 33-58. [Co-authors are MFT students].

Killian, K.D.  (2003).  Homogamy outlaws: Interracial couples' strategic responses to racism and partner differences. *Journal of Couple and Relationship Therapy*, *2* (2-3), 3-21.

Killian, K.D.   (2002).  Dominant and marginalized discourses in interracial couples' narratives:  Implications for family therapists.  *Family Process*, *41*, 603-618.

Agathangelou, A.M., & Killian, K.D.  (2002).  In the wake of 1974: Psychological well being and post-traumatic stress in Greek Cypriot refugee families. *Cyprus Review*, *14*, 45-69.

Killian, K.D.  (2001).  Reconstituting racial histories and identities: The narratives of interracial couples.  *Journal of Marital and Family Therapy*, *27*, 27-42.

Killian, K.D.  (2001).  Differences making a difference: Cross-cultural interactions in supervisory relationships.  *Journal of Feminist Family Therapy*, *12*, 61-103.

Killian, K.D.  (2001).  Crossing borders: Race, gender, and their intersections in interracial couples.  *Journal of Feminist Family Therapy*, *13*, 1-31.

Hair, T., Killian, K.D., & Suzuki, M.  (2001).  Conceptualizing and treating domestic violence: A qualitative study of family therapists' perspectives.  *Journal of the Texas Association for Marriage and Family Therapy*, *6*, 67-85.  [Co-authored with two MFT students].

Killian, K. D.  (Fall, 2000).  Locating self in relation to "other": Supervision and white privilege.  *Supervision Bulletin*, 10-12.

Franklin, S., Killian, K.D., & Targhetta, M.  (1999). Becoming a family therapist:  A qualitative study of factors contributing to the development of professional identity in interns.  *Journal of the Texas Association for Marriage and Family Therapy*, *4*, 5-18. [Co-authored with two MFT students].

Agathangelou, A., Killian, K.D., & Moore, Z.  (1999).  The editorial board roundtable:  Reflections on the mission of NeXus. *NeXus: The Journal of Peace, Conflict, and Social Change*, *1*, 1-14.

Killian, K.D., & Hardy, K.V.  (1998).  Commitment to minority inclusion:  A study of AAMFT conference program content and members' perceptions.  *Journal of Marital and Family Therapy*, *24*, 207-223.

Killian, K.D., & Busby, D.M.  (1995).  Premarital sexual coercion: Treatment issues for family therapists.  *Journal of Marital and Family Therapy*, *21*, 167-181.

Killian, K.D.  (1994).  Fearing fat: A literature review of family systems understandings and treatments of anorexia and bulimia.  *Family Relations*, *43*, 311-318.

Stone Fish, L., Busby, D.M., & Killian, K.D.  (1994).  Structural couple therapy in the treatment of Inhibited Sexual Desire.  *American Journal of Family Therapy*, *22*, 113-125.

Kyle D. Killian                                                                                          6

### Book Chapters

Singh, R., Killian, K.D., Bhugun, D. & Tseng, S. (2020). Clinical work with intercultural couples. In K. S. Wampler & Adrian Blow (Eds.), *The handbook of systemic family therapy: Vol. 3: Systemic family therapy with couples*. Hoboken, NJ: John Wiley & Sons.

Killian, K.D. (2019). Intercultural couples and families in couple and family therapy. In J. Lebow, A. Chambers, & D. Breunlin (Eds.), *Encyclopedia of couple and family therapy*. New York: Springer. 978-3-319-15877-8

Agathangelou, A.M. & Killian, K.D. (2019). Paved with good intentions: The road of the humanitarian project of DNA identification of the missing in post-conflict Cyprus. In L. Charles and G. Samarasinghe (Eds.) *Family systems and global humanitarian mental health: Approaches in the field* (pp. 35-52). New York: Springer.

Killian, K.D. (2017). Interracial couples. In S. Walfish, J. Barnett, & J. Zimmerman (Eds.) *The handbook of private practice: Keys to success for mental health practitioners* (pp. 736-741). New York: Oxford University Press.

Killian, K.D. (2016). Time, trauma and ambiguous loss: Working with families with missing members in post-conflict Cyprus. In L. Charles and G. Samarasinghe (Eds.) *Family therapy in global humanitarian contexts: Voices and issues from the field* (pp. 77-89). New York: Springer.

Killian, K.D. (2016). Resilience. In J. Carlson & S. Dermer (Eds.) *Sage encyclopedia of marriage, family and couples counseling* (pp. 1400-1402). Thousand Oaks, CA: Sage.

Agathangelou, A.M. & Killian, K.D. (2016). Of time and temporality in world politics. In A. Agathangelou & K. Killian (Eds.) *Time, temporality and violence in international relations*. New York: Routledge.

Agathangelou, A.M. & Killian, K.D. (2016). International relations as a vulnerable space: A conversation with Fanon and Hartman. In A. Agathangelou & K. Killian (Eds.) *Time, temporality and violence in international relations*. New York: Routledge.

Killian, K.D. (2015). Couple therapy and intercultural relationships. In A. Gurman, J. Lebow & D. Snyder (eds.), *Clinical handbook for couple therapy*, 5th ed. (pp. 512-528). New York: Guilford.

Killian, K.D., & Lehr, S. (2015). The resettlement blues: Social support and mental health in female newcomers in Toronto. In N. Khanlou & B. Pilkington (eds.), *Women's mental health: International perspectives on resistance and resilience in community and society* (pp. 97-109). New York: Springer Press.

Agathangelou, A. M., & Killian, K.D. (2011). (Neo)zones of violence: Reconstructing empire on the bodies of militarized youth. In Marshall Beier (Ed.), *The Militarization of Childhood: Thinking Beyond the Global South* (pp. 17-41). New York: Palgrave.

Killian, K.D. (2008). Introduction. In T. Karis & K. Killian (Eds.) *Intercultural couples: Exploring diversity in intimate relationships* (pp. 1-11). New York: Routledge.

Killian, K.D., & Agathangelou, A.M. (2008). Electronic attachments: Desire, the Other, and

Kyle D. Killian                                                                                           7

the internet marital trade in the 21st century. In T. Karis & K. Killian (Eds.) *Intercultural couples: Exploring diversity in intimate relationships* (pp. 151-176). New York: Routledge.

Killian, K.D. (2007). The psychology of terror: Relationships among xenophobia, zeal, critical thinking and (in)security in the post 9/11 era. In Kostas A. Fanti (Ed.) *Psychological Science: Research, Theory and Future Directions* (pp. 91-98). Athens, Greece: ATINER.

Killian, K.D., & Agathangelou, A.M. (2005). Greek families. In M. McGoldrick, N. Preto, and J. Giordano (Eds.), *Ethnicity and family therapy* (3rd ed.) (pp. 573-585). New York: Guilford.

Killian, K.D. (2003). Homogamy outlaws: Interracial couples' strategic responses to racism and partner differences. In J. Wechtler, V. Thomas, & T. Karis (Eds.) *Clinical issues with interracial couples* (pp. 3-21). New York: Haworth.

Killian K.D. (2001). Differences making a difference: Cross-cultural interactions in supervisory relationships. In T. S. Zimmerman (Ed.), *Integrating gender and culture in family therapy training* (pp. 61-103). New York: Haworth.

Killian, K.D., & Busby, D.M. (1996). Premarital sexual abuse of women by male partners. In D. M. Busby (Ed.), *The impact of violence on the family: Treatment approaches for therapists and other professionals* (pp. 249-276). Needham Heights, CA: Allyn & Bacon.

Busby, D.M., & Killian, K.D. (1996). Premarital physical abuse of women by male partners. In D. M. Busby (Ed.), *The impact of violence on the family: Treatment approaches for therapists and other professionals* (pp. 229-247). Needham Heights, CA: Allyn & Bacon.

***Book Reviews*** (Co-authors are graduate students)

Killian, K.D. (2015). Review of *Relational suicide assessment: Risks, resources, and possibilities for safety. Journal of Marital and Family Therapy, 41*, 129-130.

Killian, K. D., & Crain, D.A. (2004). Review of *Living on the razor's edge: Solution-oriented brief family therapy with self-harming adolescents. Journal of Family Psychotherapy, 15*(3): 94-95. [Co-author is graduate student].

Killian, K.D., & Godakanda, H.C. (2004). Review of *Culturally diverse parent-child and family relationships: A guide for social workers and other practitioners. Journal of Family Psychotherapy, 15*(3): 95-97. [Co-author is graduate student].

Killian, K.D., & Smith, C. (2004). Review of *Forgiving the devil: Coming to terms with damaged relationships. Journal of Couple and Relationship Therapy, 3*(1): 79-80. [Co-author is graduate student].

Killian, K.D., & Verkerk, C. (2004). Review of *Inside the American couple: New thinking, new challenges. Family Relations, 53*(1): 118-119. [Co-author is graduate student].

Killian, K.D. (2003). Review of *Couples in conflict. Journal of Couple and Relationship Therapy, 2*(4): 87-88.

Killian, K.D. (2002). Review of *Gender, emotion and the family. Journal of Marital and Family Therapy, 28*: 255-256.

Kyle D. Killian                                                                                                    8

## OTHER PUBLICATIONS

### *Articles in Other Fora*

Killian, K.D. (March/April, 2007). What we know (so far) about therapist self-care: Myths of individual coping, realities of organizational policy. *Family Therapy Magazine*, 28-30.

Killian, K. D., & Agathangelou, A. M. (Summer, 2001). Catastrophe: Refugee families' adaptation to war trauma. *The NCFR Report*, *46*(2): F15-17.

## OTHER PROJECTS

### *Film*

Killian, K.D. (2006). *Perfect Situation*. An auto-ethnographic film exploring issues of censorship and dissension. Produced at the Department of Film, York University.

## PROFESSIONAL PRESENTATIONS
**Peer-Reviewed**
**International**

Killian, K.D. (2019, November). Chair for panel on "Technologies of Violence, and Decolonization." International Studies Association Northeast, Providence, RI.

Killian, K.D. (2017, October). Time travel as discretionary art: Ambiguous loss and temporality. Paper for the annual meeting of Millennium, London School of Economics, London, UK.

Killian, K.D. (2017, February). Time travel as a discretionary art: Trauma and temporality. Paper for the annual meeting of the International Studies Association, Baltimore, Maryland.

Killian, K.D. (2015, January). Our stance in possible cases of child maltreatment: Intersections of culture, gender and class. The 29th annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

Killian, K.D. (2015, January). Vicarious resilience vs. vicarious traumatization: Factors predicting clinician health. The 29th annual San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

Killian, K.D., Mathieu, F. & Walsh, C. (2015, January). Addressing secondary traumatic stress/compassion fatigue in your organization: Share your successes and learn from others! The 29th annual International Conference on Child and Family Maltreatment, San Diego, CA.

Scott, R., Morison, L., John, M. & Killian, K. (2014, June). The influence of conformity to masculine norms and emotional intelligence on men's intentions to seek help for psychological distress. The Male Psychology Conference, University College, London.

Killian, K.D. (2013, September). Trauma and temporality: Ambiguous loss in Greek Cypriot families. Panel on Workshop on Reconstructions Pre- and Post-Conflict and New Emerging Powers in Nicosia, Cyprus.

Killian, K.D. (2012, March). (Neo) zones of violence: Reconstructing empire on the bodies of militarized youth. Peer-reviewed for the annual meeting of the International Studies Association, San Diego, CA.

Kyle D. Killian                                                                                                    9

Killian, K.D. (2011, March). Savage dramas and slavery at the frontier: Primitive accumulation,
     imperial debris and the (un)making of normative orders. Peer-reviewed for the annual meeting of
     the International Studies Association, Montreal, Quebec.

Killian, K. D.  (2008, March).  Regimes of fear: Convergences of democratic values, zeal,
     prejudice, critical thinking, and antiterrorism. Peer-reviewed presentation at the meeting
     of the International Studies Association, San Francisco, CA.

Killian, K. D. (2007, July). The psychology of terror: Relationships among xenophobia, zeal,
     critical thinking and (in)security in the post 9/11 era. Peer-reviewed presentation at the Athens
     Institute for Education and Research, Athens, Greece.

Killian, K. D.  (2004, March).   The right to hate? Authoritarianism, social dominance, and
     prejudice.  Peer-reviewed presentation at the meeting of the International Studies Association,
     Montreal, Quebec, Canada.

Killian, K. D.  (1999, April). Crossing borders: Interracial couples and family therapists working
     together.  Peer-reviewed paper presented at the meeting of the International Family Therapy
     Association World Congress, Akron, OH.

**National**

Killian, K.D. (June, 2019).  Discussant for opening keynote Justice-doing with each other.
     Paper presentation at the annual meeting of the American Family Therapy Academy,
     Oakland, CA.

Killian, K.D. (November, 2018). Vicarious resilience, self care and you: Keys to clinician well
     being. Workshop at the annual meeting of the American Association for Marriage and
     Family Therapy, Louisville, KY.

Killian, K.D. (June, 2018). Multiracial families: Ways therapists can support just relationships.
     Paper presentation at the annual meeting of the American Family Therapy Academy,
     Austin.

Killian, K.D. (October, 2017). Pack your passports: Intercultural/interracial couples in therapy.
     Workshop at the annual meeting of the American Association for Marriage and Family
     Therapy, Atlanta, GA.

Hernandez, P., Killian, K.D., & Acevedo, V. (June, 2017). The Vicarious Resilience Scale.
     Paper presentation at the annual meeting of the American Family Therapy Academy,
     Philadelphia.

Charles, L., Healy, D., Perdomo, C., Ceja, D., Dunne, K. & Killian, K.D. (September, 2016).
     Family therapy in global humanitarian contexts. Workshop presentation at the annual
     meeting of the American Association for Marriage and Family Therapy, Indianapolis, IN.

Killian, K.D. (September, 2016).  Development and validation of the Vicarious Resilience Scale.
     Research presentation at the annual meeting of the American Association for Marriage and
     Family Therapy, Indianapolis, IN.

Killian, K.D. (June, 2014).  The sound of silence: Silent partners in interracial couples.
     Presidential plenary address at the annual meeting of the American Family Therapy

Academy in Athens, GA.

Killian, K.D.  (October, 2013). Pack your passports: Multiracial families in therapy. Peer-reviewed workshop at the annual meeting of the American Association for Marriage and Family Therapy, Portland, Oregon.

Killian, K.D. & Hernandez-Wolfe, H. (June, 2013).  Development and validation of the Vicarious Resilience Scale.  Peer-reviewed presentation at the annual meeting of the American Family Therapy Academy in Chicago, IL.

Killian, K., Maddoux, J., & Samuels-Dennis, J. (September, 2012).  Traumatic stress scale: exploratory analysis, reliability, validity, and confirmatory analysis. Peer-reviewed presentation at the conference of the Institute of Violence Trauma and Abuse, San Diego.

Killian, K.D. (2012, September). Professional self-care: Keys to clinician resilience. Peer-reviewed workshop for annual meeting of the American Association for Marriage and Family Therapy, Charlotte, North Carolina.

Killian, K.D. (2012, September). Development and validation of the Traumatic Stress Scale. Peer-reviewed research presentation at annual meeting of the American Association for Marriage and Family Therapy, Charlotte, North Carolina.

Maddoux, J., Samuels-Dennis, J., Ray, S.,  &  Killian, K. (2012, August).  Predictors of empowerment among income-assisted survivors of trauma. Poster presentation at the meeting of the Institute of Violence, Trauma, and Abuse, in San Diego, CA.

Killian, K., Maddoux, J., & Samuels-Dennis, J. (2012, August).  Traumatic Stress Scale: Exploratory analysis, reliability, validity, and confirmatory analysis. Poster presentation at the meeting of the Institute of Violence, Trauma, and Abuse, in San Diego, CA.

Samuels-Dennis, J., Singh, M., Paulson, R., Bailey, A., Herd, D., & Killian, K. (2012, May). Modeling the process through which interpersonal violence affects men and women's mental health.  Peer-reviewed paper at annual meeting of the Canadian Association for Health Services and Policy Research in Montreal, Quebec.

Killian, K.D. (2012, May). Multiracial families: Discourses of resilience.  Peer-reviewed paper at annual meeting of the American Family Therapy Academy, San Francisco.

Killian, K.D. & Barriga, V. (2011, October).  Tweets from cyberspace: The roles of Facebook and Twitter in the lives of youth.  Paper at the Children's Material Culture Symposium sponsored by the Association for Research in Cultures of Young People in Toronto.

Killian, K.D. (2011, September). The resilient therapist: Keys to clinician health. Peer-reviewed workshop for annual meeting of the American Association for Marriage and Family Therapy, Fort Worth, Texas.

Kamal, F., & Killian, K.D. (2011, June). Immigration status and mental health (in)security: Invisible lives and hidden realities of undocumented youth and families in Canada. Peer-reviewed presentation for the annual meeting of the Canadian Psychological Association in Toronto.

Kyle D. Killian                                                                                           11

Killian, K.D. (2009, October). Emotional intelligence: A difference that makes a difference. Peer-reviewed workshop for annual meeting of the American Association for Marriage and Family Therapy, Sacramento, CA.

Killian, K.D. (2008, October). Helping until it hurts: Enhancing our compassion satisfaction. Peer-reviewed workshop for annual meeting of the American Association for Marriage and Family Therapy, Memphis, TN.

Killian, K. D. (2007, October). The Emotional Self-Awareness Questionnaire (ESQ): Development of a measure of emotional intelligence and its relationship with life satisfaction and psychological health. Peer-reviewed presentation at the annual meeting of the American Association for Marriage and Family Therapy, Long Beach, California.

Killian, K. D. (2005, October). Helping till it hurts? Enhancing your resilience and self-care. Peer-reviewed workshop presented at the meeting of the American Association for Marriage and Family Therapy, Kansas City, Missouri.

Killian, K. D., Hall, S., & Meier, J. (2005, August). Teaching trauma. Peer-reviewed presentation at the meeting of the American Psychological Association, Washington, D.C.

Mills, J., Sutton, C., Killian, K., & Fraenkel, P. (2005, April). The spirit and heart of healing for individuals, families, and communities. Peer-reviewed plenary presentation at the 14th Annual Culture Conference: Healing from Loss and Trauma, Somerset, NJ.

Killian, K. D. (2004, November). The right to hate? The relationship of social dominance, nationalism, and critical thinking to prejudice. Peer-reviewed paper presented at the meeting of the National Council on Family Relations, Orlando, FL.

Killian, K. D. (2004, November). Surviving trauma: Predicting therapists' stress and resilience. Peer-reviewed paper presented at the meeting of the National Council on Family Relations, Orlando, FL.

Vakili, S., Killian, K. D., & Currie, S. (2004, August). Adolescent family and early trauma correlates of substance abuse. Peer-reviewed presentation at the annual meeting of the American Psychological Association, Honolulu, Hawaii.

Zimmerman, T., & Killian, K. D. (2004, May). Mars and Venus and other myths about the sexes: Implications for therapists. Peer-reviewed presentation at the annual Culture Conference, sponsored by the Multicultural Family Institute, Highland Park, New Jersey.

Killian, K. D. (2003, November). Preventing secondary traumatization: Effective self-care strategies. Peer-reviewed paper presented at the meeting of the National Council on Family Relations, Vancouver, BC.

Killian, K.D., & Moradi, M. (2003, November). Across generation and gender: Acculturation, gender role attitudes, and conflict in Iranian immigrant families. Peer-reviewed paper presented at the meeting of the National Council on Family Relations, Vancouver, BC. [Co-presenter is a graduate student].

Killian, K.D. (2003, October). Secondary traumatization: Assessing resilience and self-care. Peer-reviewed workshop presented at the meeting of the American Association for Marriage and Family Therapy, Long Beach.

Kyle D. Killian                                                                                                    12

Killian, K.D.  (2002, November). Assessing and predicting resilience: A model of family
adaptation to trauma.  In K. D. Killian (Chair), In trauma's wake: Assessment and treatment of
families and communities.  Peer-reviewed symposium conducted at the meeting of the National
Council on Family Relations, Houston, TX.

Killian, K.D., & Moradi, M.  (2002, November).  Breaking the silence: Gender role attitudes and
identity in Iranian women in the U.S. and Iran. Peer-reviewed paper presented at the meeting of
the National Council on Family Relations, Houston, TX. [Co-presenter is a recent graduate].

Killian, K.D. (2002, October).  In the wake of war: Refugee families, trauma, and therapy.  Peer-
reviewed workshop presented at the meeting of the American Association for Marriage and
Family Therapy, Cincinnati, OH.

Killian, K.D.  (2000, November). Catastrophe: Refugee families' coping across generation and
gender.  Peer-reviewed poster session presented at the meeting of the American Association for
Marriage and Family Therapy, Denver, CO.

Killian, K. D., & Agathangelou, A. M.  (1999, November). The impact of war trauma on family
functioning: Adaptation to loss in Greek Cypriot families.  Peer-reviewed paper presented at
the meeting of the National Council on Family Relations, Irvine, CA.

Killian, K. D.  (1999, February). Race matters: Navigating racial and cultural differences in clinical
supervisory relationships.  Peer-reviewed paper presented at the meeting of the National
Association of African-American Studies, Houston, TX, February 10, 1999.

Killian, K. D.  (1998, October).  21st century supervision: Re-cognizing race, class, and culture.
Peer-reviewed poster session presented at meeting of the American Association for Marriage
and Family Therapy, Dallas, TX.

Killian, K. D.  (1997, November).  What's the difference: Negotiating race, class, and gender in
interracial relationships.  Peer-reviewed paper presented at the meeting of the National Council
on Family Relations, Arlington, VA.

Killian, K. D.  (1997, September).  Beyond "the hype": Interracial couples and therapy.
Peer-reveiwed workshop presented at the meeting of the American Association for Marriage and
Family Therapy, Atlanta, GA.

Killian, K. D.  (1996, November).  The culture of origin in supervisory relationships: Differences
making a difference.  Peer-reviewed poster session presented at the meeting of the National
Council on Family Relations, Kansas City, KS.

Killian, K. D.  (1996, November).  Family Therapy Outcome Research.  Presider at the meeting of
the National Council on Family Relations, Kansas City.

Killian, K. D.  (1996, October).  Differences making a difference: Cross-cultural supervision.  Peer-
reviewed poster session presented at the meeting of the American Association for Marriage and
Family Therapy, Toronto, Ontario.

Killian, K. D.  (1994, November). "Like any other couple": Constructing identity in interracial
marriages.  Peer-reviewed paper presented at the annual meeting of NCFR, Minneapolis.

Kyle D. Killian                                                                                                    13

**Regional/Local**

Killian, K.D., & Kamal, F. (2010, February). Health (in)security: Examining health barriers of
    undocumented youth and families and policy prescriptions for health access for all.
    Research Conference on Healthcare for the Undocumented and Uninsured: Systems, Policies,
Practices and their Consequences, Toronto.

Killian, K. D.  (1998, February).  Crossing borders: Negotiating race, class, and gender in
    interracial relationships.  Peer-reviewed paper presented at the meeting of the National
    Association of African American Studies, Houston, TX.

Killian, K. D.  (1998, January).  Interracial couples and therapists: Challenging the "hype".
    Peer-reviewed workshop presented at the meeting of the Texas Association for Marriage and
    Family Therapy, Dallas, TX.

Killian, K.D., Agathangelou, A.M., Smithee, M.  (1995, September).  Cross-cultural conflict
    resolution. Peer-reviewed presentation for the Syracuse University Residence Life
    Training and Leadership Conference, Syracuse, NY.

**Invited**

**International**

Killian, K.D., Mathieu, F., Walsh, C., Miller, B., Sprang, G., & Hangartner, K.  (2019, March).
    Looking for solutions to address secondary traumatic stress? Ask the experts. 35th
    International Symposium on Child Abuse, National Child Advocacy Center, Huntsville,
    AL.

Killian, K.D. (2018, June). Multiracial families: Ways therapists can support just relationships.
    40th annual meeting of the American Family Therapy Academy, Austin, TX.

Killian, K.D. (2018, March). When helping hurts: Work stress, vicarious resilience and you. 34th
    International Symposium on Child Abuse, National Child Advocacy Center, Huntsville, AL.

Killian, K.D. (2017, September). When helping hurts: Work stress, vicarious resilience and you.
    Speaker Series Resilience and YOU for social workers in the field of crisis and
    trauma. St. Michael's Hospital, Toronto.

Killian, K.D. (2017, March). Vicarious resilience and you: Keys to self care and wellbeing. 33rd
    International Symposium on Child Abuse, National Child Advocacy Center, Huntsville, AL.

Killian, K.D. (2016, April). Vicarious resilience and self care: Keys to our health. 32nd International
    Symposium on Child Abuse, National Child Advocacy Center, Huntsville, AL.

Killian, K.D. & Bober, T. (2015, June).  Beyond self-care: What works? An armchair discussion
    with Kyle Killian and Ted Bober.  The Fifth Annual Compassion Fatigue Conference,
    Kingston, Ontario, June 9-10.

Killian, K.D. (2013, November). Interracial Couples, intimacy & therapy: Crossing racial
    borders. Keynote at the Mixed Race, Multi-Ethnic & Multicultural Relationships
    Symposium, Ontario Institute for Studies in Education and University of Toronto, Toronto.

Killian, K.D. (2012, May).  Embodying racial borders: Interracial couples' responses to homogamy and everyday trauma. Invited colloquium at Department of Psychology, City College of New York, New York.

Killian, K.D. (2011, June). Homogamy outlaws? Interracial couples' dominant and subordinate discourses in response to racism and partner differences.  Keynote at the 6th Critical Multicultural Counselling & Psychotherapy Conference, Ontario Institute for Studies in Education and University of Toronto, Toronto.

Killian, K.D. (2010, July). Trauma and resilience: Long-term adaptation of  displaced families. Invited presentation at Kobe University, Kobe, Japan.

Killian, K.D. (2008, June). Emotional Intelligence: The search for a valid, if elusive, construct. Invited presentation at Bilkent University, Ankara, Turkey.

Agathangelou, A.M., & Killian, K.D. (2005, June).  The poetics of peace pedagogy: Globalization and the social justice movement. Invited presentation at the conference Ethnic Conflict Through Peace Education at Hebrew University, Jerusalem, Israel.

## National

Killian, K.D. (2019, November). Considerations when treating interracial couples. "Treating Couples", two-day training sponsored by the Harvard Medical School and the Cambridge Health Alliance, Boston, MA.

Killian, K.D. (2019, September). Vicarious resilience: What it is, why it matters. Translational Research Forum on Secondary Traumatic Stress, University of Kentucky Center on Trauma and Children, Lexington, KY.

Participant. (2017, October). Scientific Meeting (Think Tank) entitled "The Art and Science of Addressing Secondary Traumatic Stress; What We Know, What We Need to Know" at the University of Kentucky Center on Trauma and Children.

Killian, K.D. (2011, October). Deconstructing PTSD, defatalizing the present: Exceptional, and everyday, traumas. Invited presentation at the second annual conference of the Association Against Modern Slavery, Toronto, ON.

Killian, K. D. (2009, April).  The richness and complexity of intercultural and interracial families. Invited presentation at the annual Culture Conference, in Piscataway, New Jersey.

Killian, K. D. (2008, April).  White male privilege.  Presentation at the annual Culture Conference, in Piscataway, New Jersey.

Killian, K. D. (2008, April).  Reflections on diversity and group process.  Presentation at the annual Culture Conference, in Piscataway, New Jersey.

Killian, K. D. (2007, April).  Can white men build cultural bridges?  Presentation at the annual Culture Conference, in Piscataway, New Jersey.

Killian, K. D.  (2004, April).  Therapy with multiracial couples: Racial discourses and relations. Invited plenary address at the annual Culture Conference, sponsored by the Multicultural

Family Institute, Highland Park, New Jersey.

Killian, K. D.  (1996, November). <u>Marital relationships in ethnic communities: Continuity and change</u>. Presider at the meeting of the National Council on Family Relations, Kansas City.

## Regional/Local

Killian, K.D. (2019, November). Refugees and trauma. Guest lecture for the doctoral program in social work, Rutgers University, New Brunswick, NJ.

Killian, K.D. (2015, October).  <u>Compassion fatigue vs. vicarious resilience: Keys to our health</u>. Keynote address to the 10th annual Compassion Fatigue symposium of Gluckstein and Associates, Toronto, ON.

Killian, K.D. (2013, October).  <u>Compassion fatigue, resilience, and you: How we sustain ourselves at work</u>. Keynote address to the annual Compassion Fatigue conference of Gluckstein and Associates, Toronto, ON.

Killian, K.D. (2013, March).  <u>Refugees and resilience: Everyday and exceptional traumas of displaced peoples</u>. Keynote address to the annual conference of COSTI Immigration Services, Toronto, ON.

Killian, K.D. (2012, January).  <u>Migration stress: Refugees' journey "home"</u>.  Invited  presentation for the York Institute of Health Research, York University.

Killian, K. D. (2011, January). <u>Trauma, gender, and generation: Refugees' adaptation to displacement and war</u>.  Invited presentation to the Ontario Women's Health and Wellbeing Seminar Series, York University, Toronto, ON.

Killian, K. D. (2009, October). <u>Crime, victimization and the psychology of the survivor.</u> Invited keynote address to the 14th annual Sex Crimes Conference, Toronto.

Killian, K. D. (2008, December).  <u>Crime victimization and traumatic stress: How law enforcement officers can help survivors</u>. Invited workshop for the Sex Crimes Unit of the Toronto Police Department.

Agathangelou, A.M., & Killian, K.D. (May, 2008). Diasporic movements, democracy, and shifting insecurities: A report on Canadian policies. Presentation at the "Mobility and Insecurity: Diasporas, Democracy, and Canada" workshop sponsored by The York Centre for International and Security Studies, York University, Toronto, Canada.

Killian, K. D. (2007, February). <u>Trauma, gender, and generation: Long-term adaptation of Greek Cypriot refugee families</u>.  Seminar presentation at the Centre for Refugee Studies, Toronto.

Killian, K. D.  (2006, June).  <u>Helping till it hurts? A study of resilience and burnout in helping professionals</u>.  Opening presentation at a two-day workshop sponsored by Centre for Refugee Studies at York University for persons working in the refugee resettlement sector.

Killian, K.D., & Agathangelou, A. M. (1999, May). Planners and facilitators for <u>Building Peace in Cyprus</u>, a one-week workshop held at Duquesne University, Pittsburgh, PA.

## GRANTS

### External

2013   $174,109 application to Canadian Institute for Health Research, "Modeling the Long-Term Effects of Interpersonal Violence on Men and Women's Mental Health: A Neighbourhood and Individual-Level Analysis". Submitted October, 2013. Co-PI with Joan Samuels-Dennis, Cheryl Forchuk and Rene Paulson.

2013   $121,000 to Ontario Mental Health Foundation, "Social Return on Investment: Evaluation of a New Model of Community-Based Mental Health Care". Submitted September 15, 2013. Co-investigator with Joan Samuels-Dennis and Rene Paulson.

2007   $25,000 research grant funded by The Lupina Foundation, "Perceptions and Experiences of Immigrant Women's Well-being, Distress, and Mental Health: Implications for Mental Health Services and Providers". Co-PI with Michaela Hynie. Funded.

2004   $10,000 funded by Global Fund for Women for infrastructural support for the non-governmental organization Global Change Institute, Nicosia, Cyprus.  Role: PI. Funded.

### Internal (all funded)

2011   $12,075 Specific Grant funded by the Faculty of Health, York University, for a research project entitled "Healthy Health Care Professionals: A Multimethod Study of Personal Resources, Work Environment, and Polices Contributing to Nurses' Well-Being and Retention." Role: PI.

2010   $13,729 Specific Research Grant funded by the Faculty of Health, York University, for a documentary project entitled "Helping Till lt Hurts: A Film on Resilience, Burnout, and Compassion Fatigue in Professionals Working with Trauma Survivors". Role: PI.

2007   $17,100 Specific Research Grant funded by the Faculty of Health, York University, for a project entitled "The Psychology of Terror: Relationships among Critical Thinking, Xenophobia, and (In)Security in the Post 9/11 Era". Role: PI.

2006   $14,911 Specific Grant funded by Faculty of Arts, York University for a project entitled "Helping Till It Hurts? A Study of Resilience and Vicarious Traumatization in Helping Professionals Working with Trauma Survivors".  Grant supports interviews with therapists specializing in the treatment of trauma survivors. Role: PI.

2003   $5600 grant funded by the Faculty Research Support Fund, University of Houston-Clear Lake, to hire research assistants to collect and analyze data for a pilot project on secondary traumatization and self-care in family therapists. Role: PI.

2000   $2200 funded by the Faculty Research Support Fund, University of Houston-Clear Lake, to support research and writing of a proposal to the Guggenheim Foundation to expand project on Cypriot refugee families.

1999   $2980 funded by the Faculty Research Support Fund, University of Houston-Clear Lake, to support research on the long-term adaptation of Greek Cypriot families to war trauma. Role: PI.

1998    $4300 funded by the Faculty Research Support Fund, University of Houston-Clear Lake, to support research on the impact of cultural differences on the relationship between clinical supervisors and supervisees. Role: PI.

1998    $2924 from the Faculty Research Support Fund, University of Houston-Clear Lake, to support study on the long-term adaptation of Greek Cypriot families to war trauma. Role: PI.

**COURSES TAUGHT** (lifetime)
**Undergraduate**
> Listening to Children: Ethics and Methodology in Child-Based Studies **(hybrid)**
> Health Care Professions: Theories and Issues (**online**)
> Healthcare Environments **(online)**
> Health Care Planning for Communities **(online)**
> Family Psychology **(online)**
> Introduction to Research Methods
> Quantitative Data Analysis
> Strategies of Social Science Research
> Introduction to Human Services Theory
> Introduction to Human Services Skills
> Marriage and The Family
> Families in Crisis

**Graduate**
> Theories of Family Therapy
> Advanced Family Therapy
> Family Approaches to Clinical Practice (**online**)
> Philosophy of Social Work (**online**)
> Couple and Marital Therapy (**online**)
> The Family in Social Context (**online**)
> Sexual Issues in Couple and Family Therapy (**online**)
> Narrative Techniques in Clinical Practice (**online**)
> Couples Therapy **(online)**
> Contemporary Models of Couples Therapy (**online**)
> Contemporary Family Therapy Theories **(online)**
> Cultural Diversity in Counseling (**online**)
> Trauma, Psychological and Psycho-social Issues and Vicarious Trauma (**online**)
> Families and Communication in Healthcare Contexts **(online)**
> Family Psychology **(online)**
> Family Research Methods
> Research Issues in Couple and Family Therapy
> Introduction to Family Therapy
> Sexual Issues in Couple and Family Therapy (**online**)
> Couple and Sex Therapy
> Therapy with Children and Adolescents
> Substance Abuse and Families
> Family Assessment
> Systems and Symptoms
> Clinical Practicum
> Case Conceptualization and Treatment Planning

**TEACHING INTERESTS**

Family therapy, research methods (quantitative and qualitative), statistics (masters and doctoral levels), trauma and resilience in children and adults, refugee trauma and resettlement, sex therapy, family assessment, self care in helping professionals

**THESIS AND DISSERTATION COMMITTEES**

2018-      Keshius Williams, qualitative dissertation project exploring non-religious coping strategies of low-income African American males, for the doctoral degree in Human Behavior, Capella University, Minneapolis, MN

2018-      Cherie Lindsay, Dissertation project on factors associated with burnout in human service professionals, for the doctoral degree in Human Behavior, Capella University, Minneapolis, MN

2018-      Tiffanie Wilson, Dissertation project on factors associated with cell phone usage while driving, for the doctoral degree in Human Behavior, Capella University, Minneapolis, MN

2017-      Ashlenn Ambanta, Dissertation project on stress and coping in persons working with victims of sex trafficking for the doctoral degree in Counseling, Capella University, Minneapolis, MN

2016-      Jenniffer Sherrill, Dissertation project on counselors working with Latino male survivors of sexual assault, for the doctoral degree in Counseling, Capella University, Minneapolis, MN

2014-2017  Melea Caldwell, Dissertation project on student-teacher bullying, for the doctoral degree in Counseling, Capella University, Minneapolis, MN

2013-2017  Faria Kamal, Dissertation project on undocumented youth and their access to health services, employment, and education in Toronto, for the doctoral degree in Counselling Psychology, University of Toronto, Toronto, Canada.

2011-2014  Christiana Awosan, Dissertation project on African-American men and women's attitudes towards marriage for the doctoral degree in Couple and Family Therapy, Drexel University. Methodologist, Committee Member.

2013       Richard Scott, Dissertation project on psychological and emotional help seeking behaviour in men for the doctoral degree in Clinical Psychology, University of Surrey, Guildford, UK.

2011-2013  Sana Mulji Dutt, Masters thesis in Interdisciplinary Studies, York University on therapeutic benefits of creative writing for trauma survivors. Chair.

2010       Sadia Zafar, Masters thesis entitled "Stereotypes of Child Sexual Abuse Survivors", for the Masters in Clinical Psychology, York University, awarded October 2010. Committee Member.

Kyle D. Killian                                                                                                19

2009-2010    Vesna Sturman, Dissertation entitled "The Relationship Among General Adaptiveness and Emotional Adaptation to the Trauma of Spinal Cord Injury", for the Ph.D. in Social Psychology, York University, awarded June 2010. Committee Member.

2002-2003    Timothy D. Weissman, Dissertation entitled "Male Gender Role Conflict and Hardiness: Looking for Health in Men," for the Ph.D. in Counseling Psychology, University of Houston, awarded in August, 2003. Committee Methodologist.

1999          Sandra Greenstone, Thesis "The Relationship of Jewish Grandparents to Grandchildren Born of Parents in an Interfaith Marriage," for the M.A. in Psychology, University of Houston-Clear Lake, awarded in May.  Committee Member.

**HONORS THESES**

2007-2008    Faria Kamal, Department of Psychology, York University. Project examining the experience of undocumented youth in the GTA and specific sources of stress and resilience in their daily lives. Chair.

2007-2008    Monica Reyes, Department of Psychology, York University. Project examining self-esteem, coping strategies, and life satisfaction in multiracial adolescents. Chair.

2006-2007    Hodman Mahamed, Department of Psychology, York University.  Senior thesis project examined factors affecting the experience of Somali children in the Toronto public education system. Chair.

2006-2007    Marla Tobe, candidate for bachelors with honours, Department of Psychology, York University.  Senior thesis project examined the association of emotional intelligence and undergraduate students' reported health and coping behaviors. Chair.

**CURRENT PROFESSIONAL MEMBERSHIPS**

American Association for Marriage & Family Therapy, Clinical Fellow and Approved Supervisor
American Family Therapy Academy
Licensed Marriage and Family Therapist, State of Texas, License No. 4827

**MEDIA APPEARANCES**

2018          Interviewed on February 28 on Cambridge Community Television program "New England Author" about my books on intercultural and interracial relationships

2015          Interviewed August 4 on Cyprus Community Radio, Nicosia about intercultural and interracial relationships

2014          Quoted in the online newspaper *The Blue and the Gold* in an article about cross-cultural relationships. http://blueandgoldonline.org/wp/2014/02/14/wild-weird-world-cross-cultural-relationships/

2013          Interviewed September 2 on Cyprus Community Radio, Nicosia about eating disorders and healthy body image in adolescents

Kyle D. Killian                                                                                        20

| 2010 | Interviewed in the August 14 *Globe and Mail* about displaced "boat people". http://www.theglobeandmail.com/news/politics/strangers-by-sea-a-tale-of-canadas-boat-people/article1672734 |
|---|---|
| 2009 | Interviewed on CBC TV's *Newsworld* March 20 about how the family of Austrian Josef Fritzl may be able to recover from their lifelong ordeal of trauma and abuse. |
| 2009 | Interviewed January 9 on CFRB Radio about intercultural relationships. |
| 2009 | Interviewed January 6 on TV program "Canoe Live" about refugees in Canada and York's Certificate Program in Refugee and Forced Migration Issues. |
| 2008 | Interviewed December 18 on TV program "Canoe Live" about the book *Intercultural Couples*. |
| 2008 | Interviewed in the July 15 *Globe and Mail* about emotional cut-offs in families. http://www.theglobeandmail.com/life/relationships/a-time-to-sever-parental-ties/article570291/ |
| 2008 | Interviewed May 16 by *CBC News Morning* about how to talk with children about images and news reports on the Chinese earthquake and the Sri Lankan tsunami. |

**HONORS AND AWARDS**

| 2016 | Stephen Shank Award, recognizing teaching excellence by a Capella faculty member for making a significant difference in learners' pathways to success |
|---|---|
| 2006-2013 | Vanier Fellow, York University (membership in faculty honour society) |
| 2002 | Best Poster Presentation, International Section (with student Mahtab Moradi), Annual Meeting of the National Council on Family Relations, Houston, TX |
| 2000-2001 | Faculty Development Leave, University of Houston-Clear Lake (first non-tenured faculty member to receive this award) |
| 2000 | Nominated for office of President-Elect for Texas Association for Marriage and Family Therapy (nomination declined due to research leave) |
| 1997 | Certificate for Significant Contribution to the Field of Women's Studies, Syracuse University |
| 1997 | Teaching Certificate, Syracuse University |
| 1996 | Phi Beta Delta, International Honor Society |
| 1996 | Who's Who Among Teachers in American Colleges and Universities |
| 1995, 1996 | Doctoral Teaching Fellow, Syracuse University (Trainer in teaching strategies) |
| 1991, 1994 | Who's Who Among Students in American Universities and Colleges |
| 1990-1992 | Three Year Pre-Doctoral Fellowship, Syracuse University |
| 1990 | Kappa Omicron Nu, Human Sciences Honor Society |
| 1988-1995 | Academic Scholarship- Syracuse University |

Kyle D. Killian                                                                                                      21

| | |
|---|---|
| 1988 | Magna Cum Laude- Miami University |
| 1987 | Phi Beta Kappa, National Academic Honor Society |
| 1986 | Psi Chi, Psychology Honor Society |
| 1984-1988 | Ohio Board of Regents Four Year Scholarship |

**PROFESSIONAL SERVICE**

**JOURNALS**

| | |
|---|---|
| 2019- | Ad hoc Reviewer, *Journal of Marital and Family Therapy* |
| 2019- | Ad hoc Reviewer, *Psychological Trauma: Theory, Research, Practice, and Policy* |
| 2019- | Ad hoc Reviewer, *Journal of Immigrant and Refugee Studies* |
| 2019- | Guest Editor, Virtual Issue on Death and Grief Therapy, *Journal of Marital and Family Therapy*: *https://onlinelibrary.wiley.com/page/journal/17520606/homepage/deathandgrieftherapy* |
| 2018- | Reviewer, *Sexual and Relationship Therapy* |
| 2016- | Editorial Board, *Traumatology* |
| 2016- | Ad hoc Reviewer, *Journal of Family Therapy* |
| 2013-2018 | Editorial Board, *Journal of Marital and Family Therapy* |
| 2004- | Editorial Board, *Journal of Feminist Family Therapy* |
| 2006-2014 | Editorial Board, *The Qualitative Report* |
| 2006-2014 | Editorial Board, *Journal of Systemic Therapies* |
| 2002-2012 | Ad hoc reviewer, *Journal of Marital and Family Therapy* |
| 2011 | Guest Editor, *InTensions*, Special issue on "(De)Fatalizing the Present, Creating Radical Alternatives" |
| 2007-2016 | Ad hoc Reviewer, *Traumatology* |
| 2006-2007 | Ad hoc Reviewer, *American Journal of Orthopsychiatry* |
| 2005-2006 | Ad hoc Reviewer, *Journal of Systemic Therapies* |
| 2004 | Ad hoc reviewer, *Journal of Social and Personal Relationships* |
| 2003 | Ad hoc reviewer, *Sociological Focus* |
| 2000-2010 | Editorial Board, *Journal of the Texas Association for Marriage and Family Therapy* |
| 1998-2000 | Editorial Board, *Journal of Intercultural Disciplines* |
| 1996-1999 | Associate Editor, *NEXUS: The Journal of Peace, Conflict, and Social Change* |

**ASSOCIATIONS**

| | |
|---|---|
| 2017- | Board of Directors, American Family Therapy Academy |

Kyle D. Killian                                                                                        22

| | |
|---|---|
| 2017- | Nominations Committee Member, American Family Therapy Academy |
| 2018-2020 | Economic & Cultural Diversity Committee, American Family Therapy Academy |
| 2006-2011 | Faculty, Centre for Refugee Studies, York University, Toronto, Canada<br>Coordinated a two-day workshop held in June for refugee resettlement personnel. |
| 2002-2011 | Research Associate, Center for the Study of Childhood and Adolescence, Nicosia, Cyprus (Invited by Director and Founder, Spyros Spyrou) |
| 2001-2013 | Co-Director of Global Change Institute, a non-profit, non-governmental organization for social change, Nicosia, Cyprus |
| 2000-2004 | Evaluator of Annual Conference Abstracts, Family Therapy Section of the National Council on Family Relations |
| 2002-2004 | Evaluator of Annual Conference Abstracts, American Association for Marriage and Family Therapy |
| 1999-2000 | Area Coordinator, National Association for African-American Studies |
| 1999-2000 | Chair, Multicultural Committee, Texas Association for Marriage and Family Therapy |
| 1998-2000 | Evaluator of Annual Conference Abstracts, American Association for Marriage and Family Therapy |
| 1998-1999 | Co-Chair, Conference Program Committee, 26th Annual Conference, Texas Association for Marriage and Family Therapy |
| 1996-1998 | Evaluator of Annual Conference Abstracts, Family Therapy and Ethnic Minority Sections of the National Council on Family Relations |
| 1995-1996 | Editor, Newsletter, Family Therapy Section, National Council on Family Relations |

## UNIVERSITY

| | |
|---|---|
| 2009-2011 | Steering Committee on Interprofessional Education, Faculty of Health |
| 2003 | Reviewer for the Texas Minority Health Research and Education Grant Program (nominated by University of Houston Provost) |
| 2000 | Proposal reviewer, Faculty Concurrent Sessions, Enron Teaching Excellence Symposium, University of Houston System |
| 1998 | Faculty Sponsor and Project Evaluator, Fourth Student Conference for Research and Creative Arts, University of Houston-Clear Lake, April 24th |
| 1995-1996 | Syracuse University Eating Disorder Resource Network |
| 1992-1996 | R.A.P.E. Center Advisory Committee, Syracuse University |
| 1992-1996 | University Senator, Syracuse University |
| 1994-1995 | Board of Graduate Studies, Human Development Representative |
| 1994-1995 | University Senate Diversity Committee |
| 1993-1995 | University Senate Agenda Committee |

| 1993-1994 | University Senate Student Life Committee |
|---|---|
| 1993-1995 | Special Initiatives Committee, Graduate Student Organization |
| 1992-1994 | Syracuse University Senate Committee on Academic Freedom, Tenure, and Professional Ethics |
| 1992-1995 | Senator-at Large, Graduate Student Organization, Syracuse University |

**COLLEGE**

| 2006 | Vanier College's Student Orientation: Presented "Top 10 Hints for First Year Students" |
|---|---|
| 2003-2004 | Scholarship Committee, Human Sciences and Humanities |
| 2002-2005 | Faculty Developmental Leave Committee, Human Sciences and Humanities, University of Houston-Clear Lake |
| 2002-2004 | Faculty Research and Support Fund, HSH Alternate, University of Houston-Clear Lake |
| 2002-2003 | Committee for Protection of Human Subjects, Human Sciences and Humanities Alternate |
| 1998-1999 | Committee for Protection of Human Subjects, University of Houston-Clear Lake |

**DEPARTMENTAL**

| 2017-2020 | Subject Matter Expert at Capella University on family assessment, couples, sex therapy |
|---|---|
| 2017-2019 | Course Lead, SWO 475, Simmons School of Social Work |
| 2015-2018 | Course Lead, COUN 5220 and 5600.12, Marriage and Family Therapy Program, Capella University |
| 2014-2015 | Social Media Committee, Marriage and Family Therapy Program, Capella University |
| 2008-2011 | Graduate Program Committee, Faculty of Health |
| 2008-2010 | Curriculum Committee and Ad Hoc Research Committee, School of Nursing |
| 2002-2005 | Faculty Advisor of the Family Therapy Student Association, UHCL |
| 2002-2005 | Family Therapy Admissions Committee, UHCL |
| 1999-2000 | Colloquia Convener, School of Human Sciences and Humanities, UHCL |
| 1999-2000 | UHCL Program Assessment, Family Therapy Program Representative |
| 1998-2000 | Faculty Advisor of the Family Therapy Student Association, UHCL |
| 1997-2000 | Family Therapy Admissions Committee, UHCL |
| 1997-1998 | Chair, Curriculum Revision Committee, Family Therapy Program, UHCL |
| 1989-1990 | President, Human Development Graduate Student Organization |